IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HORTENCIA NOSS,

        Plaintiff,                      No. CIV S-09-2764 DAD

    v.

J.C. PENNEY CORPORATION,      ORDER SETTING STATUS
INC., et al.,                             (PRETRIAL SCHEDULING)
                                         CONFERENCE
        Defendants.
_____/

        Pursuant to the consents filed by the parties and the order of reassignment filed on December 2, 2009, this case has been reassigned to the undersigned for all further proceedings.

        In accordance with the parties' stipulations, the case was referred to the court's Voluntary Dispute Resolution Program on December 4, 2009. The court's docket reflects that a VDRP Neutral Attorney was appointed on December 29, 2009, and the parties anticipate that mediation will be conducted by approximately April 1, 2010.

        Pursuant to the provisions of Rule 16 of the Federal Rules of Civil Procedure, IT IS ORDERED that:

        1. A Status (Pretrial Scheduling) Conference is set for **April 30, 2010 at 11:00 a.m.** before the undersigned in Courtroom No. 27.

        2. The parties shall file an updated joint status report on or before April 23, 2010.

1

3. If mediation is still proceeding in mid-April 2010, the parties may submit a stipulation and proposed order continuing the Status (Pretrial Scheduling) Conference. The parties shall consult Pete Buzo, courtroom deputy to the undersigned, at (916) 930-4128 regarding dates.

4. All counsel are permitted to appear at status conferences and motion hearings telephonically. To arrange telephonic appearance, counsel shall contact Pete Buzo at least 48 hours prior to each status conference or motion hearing at which counsel wishes to appear telephonically.

DATED: February 22, 2010.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
ddad1\orders.consent\noss2764.ossc