Law Offices of
**MATHENY SEARS LINKERT & JAIME, LLP**
RONALD E. ENABNIT, ESQ. (SBN 138062)
3638 American River Drive
Sacramento, CA 95864
Telephone:   (916) 978-3434
Facsimile:   (916) 978-3430

Attorneys for Defendants J.C. PENNEY
CORPORATION, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HORTENCIA NOSS,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>J.C. PENNEY CORPORATION, INC, and DOES 1 through 25,<br><br>　　　　　Defendants. | Case No. 2:09-CV-02764-DAD<br><br>**STIPULATION AND ORDER FOR DISMISSAL** |

IT IS HEREBY STIPULATED by and between Defendant J.C. PENNEY CORPORATION, INC. and Plaintiff, HORTENCIA NOSS (the "Parties"), through their respective attorneys of record, that the Parties have agreed to resolve the case between them by way of settlement.

The Parties further stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1) and (2), that this Court enter a dismissal of plaintiff's complaint in United States District Court Case No.: 2:09-CV-02764-DAD with prejudice as to defendant J.C. PENNEY CORPORATION, INC.. The Parties further stipulate that each party shall bear its own costs and fees with respect to any

///

///

///

claims they may have against each other in the instant action.

Dated: March 17, 2010

**MATHENY SEARS LINKERT & JAIME, LLP**

By: /s/ RONALD E. ENABNIT
RONALD E. ENABNIT, ESQ., Attorneys for Defendant J.C. PENNEY CORPORATION, INC.

Dated: March 18, 2010

**LAW OFFICES OF DAVID HOLOCHUCK**

By: /s/ DAVID HOLOCHUCK
DAVID HOLOCHUCK, ESQ., Attorneys for Plaintiff HORTENCIA NOSS

## ORDER

IT IS HEREBY ORDERED that pursuant to the Stipulation of Dismissal, plaintiff's complaint in United States District Court Case No.: 2:09−CV−02764−DAD is hereby dismissed with prejudice as to defendant J.C. PENNEY CORPORATION, INC. Each party shall bear its own costs and fees, as is set forth in the Settlement Agreement and Mutual Release, which is incorporated herein by reference. Defendants DOES 1 through 25 are dismissed without prejudice. The Status (Pretrial Scheduling) Conference set for April 30, 2010 is vacated. The Clerk of the Court is directed to close the case.

IT IS SO ORDERED.

Dated: March 23, 2010

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/ddad1/orders.consent/noss2764.stipord.dism